Patrick W. Kelly (CA Bar No. 274588)
pkelly@swlaw.com
SNELL & WILMER L.L.P.
City National 2Cal
350 South Grand Avenue, Suite 3100
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Louis DiSanto (*pro hac vice*)
ldisanto@bannerwitcoff.com
J. Pieter van Es (CA Bar No. 250524)
pvanes@bannerwitcoff.com
Eric J. Hamp (*pro hac vice*)
ehamp@bannerwitcoff.com
Alexander J. Bruening (*pro hac vice*)
abruening@bannerwitcoff.com
BANNER & WITCOFF, LTD.
71 South Wacker Drive, Suite 3600
Chicago, IL 60606-7407
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

Attorneys for Plaintiff Airlite Plastics Co.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **AIRLITE PLASTICS CO.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**INNORI D/B/A OREALGARD and EXTREMROCK4X4 INC,**<br><br>**Defendants.** | Case No. 2:23-cv-925<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br><u>Hearing:</u><br>Date: September 14, 2023<br>Time: 8:30 a.m.<br>Judge: Hon. George H. Wu<br>Place: Courtroom 9D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 14, 2023, at 8:30 a.m. or as soon thereafter as the matter may be heard, in Courtroom 9D of the above-entitled court, located at 350 West 1st Street, Los Angeles, CA 90012, Plaintiff Airlite Plastics Co. ("Airlite") will and hereby does move the Court for an Order granting Airlite's Motion Default Judgment against Defendants Innori (d/b/a Orealgard) ("Innori") and Extremrock4x4 Inc ("Extremrock") (collectively "Defendants") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, on the following grounds:

1.  Defendants were served on March 6, 2023, and Defendants' answers to the Complaint were due no later than March 27, 2023, under Fed. R. Civ. P. 12(a), and Cal. Civ. P. § 415.20.

2.  To date, Defendants have not filed any response to the Complaint or otherwise defended against this lawsuit.

3.  Counsel for Airlite has written Defendants' active email address—support@orealgard.com—regarding the lawsuit on multiple occasions during the pendency of this case, and to date Airlite has never received a response.

4.  Counsel for Airlite has confirmed, however, that Defendants are still using support@orealgard.com to offer for sale and sell its infringing products, even after service and notice of this suit by communication to that email address.

5.  On June 20, 2023, Airlite requested the Clerk's entry of default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure because the Defendants failed to respond to the Complaint or otherwise defend. (ECF No. 32).

6.  On June 21, 2023, the Clerk of this Court entered default as to Airlite's Complaint pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (ECF No. 33).

7. This Court should enter a final judgment by default against Defendants pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure because the Defendants are in default, did not respond to the Complaint, are not defending against this lawsuit, and all the *Eitel* factors weigh in favor of final judgment.

8. Accordingly, Airlite is entitled to the relief prayed for in its Complaint (ECF No. 1), as detailed in the attached Memorandum and Proposed Final Judgment Order, because Defendants have entirely ignored this litigation while continuing to willfully infringe and irreparably harm Airlite.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the Declaration of Eric J. Hamp and exhibits thereto, and all other papers and pleadings on record with this Court, and upon such other arguments and items as may be presented to the Court at the hearing of this matter, as well as any other matters for which this Court may take judicial notice.

DATED: July 12, 2023				SNELL & WILMER L.L.P.

By: */s/ Eric J. Hamp*
Patrick W. Kelly (CA Bar No. 274588)
pkelly@swlaw.com
SNELL & WILMER L.L.P.
City National 2Cal
350 South Grand Avenue, Suite 3100
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Louis DiSanto (*pro hac vice*)
ldisanto@bannerwitcoff.com
J. Pieter van Es (CA Bar No. 250524)
pvanes@bannerwitcoff.com
Eric J. Hamp (*pro hac vice*)
ehamp@bannerwitcoff.com

|   |   |
|---|---|
| 1 | Alexander J. Bruening (*pro hac vice*) |
|   | abruening@bannerwitcoff.com |
| 2 | BANNER & WITCOFF, LTD. |
| 3 | 71 South Wacker Drive, Suite 3600 |
|   | Chicago, IL 60606-7407 |
| 4 | Telephone: (312) 463-5000 |
|   | Facsimile: (312) 463-5001 |
| 5 |   |
| 6 | Attorneys for Plaintiff Airlite Plastics Co. |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *Notice of Motion and Motion for Default Judgment* was served on each Defendant by U.S. certified mail to 370 Turnbull Canyon Rd., City of Industry, California 91745, and then sent by email to support@orealgard.com, on July 12, 2023.

Dated: July 12, 2023                              By: */s/ Eric J. Hamp*