UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| AIRLITE PLASTICS CO., <br><br>Plaintiff, <br><br>v. <br><br>INNORI D/B/A OREALGARD and EXTREMROCK4X4 INC, <br><br>Defendants. | Case No. CV 23-925-GW-PVCx <br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |

Having duly considered Airlite Plastics Co.'s ("Airlite") Motion for Attorneys' Fees against Defendants, Innori (d/b/a Orealgard) ("Innori") and Extremrock4x4 Inc's ("Extremrock") (collectively "Defendants"), the Memorandum in Support thereof, the Declaration of Eric J. Hamp, and all other papers and pleadings on record with this Court, the Court hereby grants Airlite's motion.

IT IS ORDERED that Airlite shall be awarded $185,141 in attorneys' fees, pursuant to the terms of the Final Judgment entered by this Court, 15 U.S.C. § 1117, 35 U.S.C. § 285 and Rule 54(d) of the Federal Rules of Civil Procedure.

DATED: January 2, 2024

_____

HON. GEORGE H. WU,
United States District Judge